THE STATE, EX REL. GAETA, APPELLEE, *v.* CITY OF CLEVELAND, APPELLANT.

[Cite as State, ex rel. Gaeta, *v.* Cleveland (1988), 39 Ohio St. 3d 340.]

(No. 87-1586—Submitted October 5, 1988—Decided November 16, 1988.)

*Friedman, Chenette, Domiano & Smith Co., L.P.A.,* and *Jeffrey H. Friedman,* for appellee.

*Marilyn G. Zack,* director of law, *Robert M. Wolff* and *Peter N. Kirsanow,* for appellant.

For the reasons stated in *Gaeta* v. *Cleveland* (1988), 39 Ohio St. 3d 338, 530 N.E. 2d 1316, decided this date, the appeal is dismissed as being moot.

SWEENEY, LOCHER, HOLMES, DOUGLAS and WRIGHT, JJ., concur.

MOYER, C.J., and H. BROWN, J., dissent.

H. BROWN, J., dissenting. I dissent for the reasons stated in my dissent in *Gaeta* v. *Cleveland, supra.*

MOYER, C.J., concurs in the foregoing dissenting opinion.